**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | ID No. 2209013029 |
| | ) | |
| JONATHAN W. BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

Date Submitted:  April 10, 2025
Date Decided: April 23, 2025

## **ORDER**

Upon consideration of Jonathan Bryant's Motion for Time Previously Served,[1] statutory and decisional law, and the record in this case, **IT APPEARS THAT:**

(1)     On July 20, 2023, Bryant pled Guilty but Mentally Ill to Assault > 62 YR (IN22-10-0860).[2]

(2)     On October 20, 2023, Bryant was sentenced as follows: 25 years Level V, suspended after 5 years Level V, for 6 months Level IV DOC DISCRETION, followed by 2 years at Level III.[3]

(3)     On January 24, 2025, Bryant filed a *pro se* Motion for Sentence Modification.[4]  On March 27, 2025, the Court denied Bryant's Motion for Sentence

---

[1] D.I. 43.
[2] D.I. 14.
[3] D.I. 18.  The first two years of this sentence is a mandatory term.
[4] D.I. 39. Bryant has served two and a half years of his five-year Level V sentence.

Modification as untimely.[5]

(4)     On April 10, 2025, Bryant filed a *pro se* Motion for Time Previously Served ("Motion").[6]  Bryant's Motion argues that he has served the minimum mandatory sentence, undergone minimal disciplinary actions, and undergone a mental-health evaluation as ordered.[7]  Bryant's Motion asks the Court to grant him time previously served.[8]

(5)     Bryant was arrested on September 26, 2022.[9]  Bryant's Sentencing Order states that it is effective on the same date.[10]  Therefore, Bryant's sentence includes all the time Bryant has spent incarcerated and there is no time previously served to use to reduce his sentence.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Bryant's Motion for Time Previously Served is **DENIED**.

/s/ Calvin L. Scott
Judge Calvin L. Scott, Jr.

cc:     Prothonotary
        William H. Leonard, *DAG*
        Jonathan W. Bryant, *Defendant*

---

[5] D.I. 42.
[6] D.I. 43.
[7] *Id*.
[8] *Id*.
[9] D.I. 1.
[10] D.I. 18.